BEFORE THE FIRST DIVISION, JANUARY 9, 1939

**No. 40340.**—Protest 867200–G of Nippon Trading Co. (New York).

Opinion by SULLIVAN, J.   It was stipulated that the merchandise consists of cabinets similar to those the subject of Abstract 37636.   The claim at 33⅓ percent under paragraph 412 was therefore sustained.

**No. 40341.**—Protests 835152–G, etc., of Hollander Bead & Novelty Corp. (New York).

Opinion by SULLIVAN, J.   It was stipulated that the merchandise consists of wooden beads similar to those the subject of Abstract 38617.   The claim at 35 percent under paragraph 1503 was therefore sustained.

**No. 40342.**—Protests 482343–G, etc., of Geo. Borgfeldt & Co. (Galveston).

Opinion by SULLIVAN, J.   In accordance with stipulation of counsel the merchandise in question was held dutiable as follows:. (1) papier-mâché rabbits, roosters, ducks, and other figures similar-to those the subject of *Strauss-Eckardt* v. *United States* (T. D. 48272) at 25 percent under paragraph 1403; (2) paper rabbits with carts, roly poly, and figures at 35 percent under paragraph 1413, Abstract 33265 followed; and (3) wood rabbits and coops at 33⅓ percent under paragraph 412, Abstract 26850 followed.

**No. 40343.**—Protests 685844–G, etc., of New York Mdse. Co., Inc. (New York).

Opinion by SULLIVAN, J.   In accordance with stipulation of counsel and on the authority of *United States* v. *Woolworth* (24 C. C. P. A. 338, T. D. 48770) uninflated rubber balls or so-called beach balls were held dutiable at 30 percent under paragraph 1502 as claimed.